**Michael James BERGER, a single man also known as Magic Mike, Plaintiff–Appellee,**

**v.**

**CITY OF SEATTLE; Virginia Anderson, Director of Seattle Center; Michael Anderson, Emergency Service Manager for Seattle Center; Ten Unknown Employees/Officers, of the Seattle Center and the City of Seattle, all in both their individual and official capacities, Defendants–Appellants.**

No. 05–35752.

United States Court of Appeals,
Ninth Circuit.

July 14, 2008.

Robert Corn–Revere, John R. Scannell, Davis Wright Tremaine LLP, Washington, DC, Elena Luisa Garella, John R. Scannell, Seattle, WA, for Plaintiff-Appellee.

Gary Keese, Seattle City Attorney's Office, Seattle, WA, for Defendants–Appellants.

## ORDER

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Circuit Rule 35–3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.